# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE H.,<br><br>                              Plaintiff,<br>vs.<br>ROMAN CATHOLIC BISHOP OF SAN DIEGO, et al., ,<br><br>                              Defendant. | CASE NO. 04cv1596-WQH (WMc)<br><br>ORDER |

The Court is in receipt of the Stipulation and Joint Application to Continue the Discovery Dates. On the Court's own a motion the telephonic status conference previously set for December 14, 2006, will be held on **January 5, 2007, at 4:30 p.m.** <u>Counsel for plaintiff shall initiate the call</u>.

IT IS SO ORDERED.

DATED: December 18, 2006

_/s/ W. McCurine Jr._

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable William Q. Hayes
    U.S. District Judge

    All Counsel and Parties of Record