# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE H., | CASE NO. 04cv1596-WQH (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| ROMAN CATHOLIC BISHOP OF SAN DIEGO, et al., | |
| Defendant. | |

On October 29, 2007, a telephonic Settlement Disposition Conference was held. Participatinger were Mary Ann Schimmel, Esq. (counsel for plaintiff), Susan Oliver, Esq. (counsel for defendant), Lee Potts, Esq. (counsel for defendant), Jeff Neer, Esq. (counsel for defendant). Counsel advised the Court the settlement agreement is being drafted and should be fully executed within several weeks. Therefore, a further telephonic Settlement Disposition Conference will be held on **December 7, 2007 at 9:00 a.m**. <u>COUNSEL FOR PLAINTIFF IS INSTRUCTED TO INITIATE THE CALL</u>.

IT IS SO ORDERED.

DATED: October 29, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable William Hayes
    U. S. District Judge

All Counsel and Parties of Record

- 1 -   04cv1596-WQH (WMc)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28