# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE H., | CASE NO. 04cv1596-WQH (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| ROMAN CATHOLIC BISHOP OF SAN DIEGO, et al., | |
| Defendant. | |

On December 7, 2007, a telephonic Settlement Disposition Conference was held. Participating were Anthony DeMarco, Esq. (counsel for plaintiff), Susan Oliver, Esq. (counsel for defendant), and Phillip Baker, Esq. (counsel for defendant). After being advised of the status of the case, the Court issues the following Order:

1. The parties shall revise the joint motion for dismissal to allow the Court to retain continuing jurisdiction and to allow the Court to retain under seal certain computer disks as requested by defendant's insurance company.

2. Unless otherwise ordered by Magistrate Judge Papas, the parties are instructed to direct to Judge Papas any further issues regarding the revised joint motion for dismissal.

IT IS SO ORDERED.

DATED: December 7, 2007

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1  cc: Magistrate Judge Papas