# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE H., | CASE NO. 04CV1596 WQH (WMc) |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| vs. | |
| ROMAN CATHOLIC BISHOP OF SAN DIEGO, et al., | |
| Defendants. | |

HAYES, Judge:

On August 6, 2004, this case was removed to this Court from the California State Superior Court in San Diego, California. (Doc. # 1). On January 22, 2008, the parties filed a joint motion to dismiss this case with prejudice. (Doc. # 201).

Good cause appearing, the joint motion to dismiss (Doc. # 201) is GRANTED. This case is hereby DISMISSED in its entirety and with prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

DATED: January 23, 2008

**WILLIAM Q. HAYES**
United States District Judge